# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. MUNDO,<br><br>            Plaintiff,<br><br>    v.<br><br>HOLLAND,<br><br>            Defendant. | 1:16-cv-00491-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 7)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

Plaintiff Jonathan W. Mundo ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed this case on April 7, 2016. (ECF No. 1.) Plaintiff subsequently consented to magistrate judge jurisdiction. (ECF No. 5.)

On July 29, 2016, Plaintiff filed a notice of voluntary dismissal, notifying the Court that he is dismissing this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 7.) "[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. In this action, no defendant has been served and no defendant has filed an answer or motion for summary judgment.

1  Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
2  case and adjust the docket to reflect voluntary dismissal of this action without prejudice pursuant
3  to Rule 41(a).  All pending motions are terminated.

5  IT IS SO ORDERED.

6  Dated:   **August 1, 2016**                           /s/ *Barbara A. McAuliffe*    _
7                                                          UNITED STATES MAGISTRATE JUDGE